```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    APR 2 4 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ M DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Brian Riggs,<br><br>Defendant. | NO. CR-19-08091-PCT-DWL (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR: Second Degree Murder)<br>Count 1 |

THE GRAND JURY CHARGE:

On or about February 16, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant BRIAN RIGGS, an Indian, did with malice aforethought, unlawfully kill G.J.M.

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: April 24, 2019

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_s/_
TRACY VAN BUSKIRK
Assistant U.S. Attorney