GARY M. RESTAINO
United States Attorney
District of Arizona

TRACY VAN BUSKIRK
Arizona State Bar No. 022097
BRIAN E. KASPRZYK
Pennsylvania State Bar No. 082701
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Email: tracy.van.buskirk@usdoj.gov
Email: brian.kasprzyk@udoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-19-08091-PCT-MTL |
|---|---|
| Plaintiff, | |
| v. | **JOINT WITNESS LIST** |
| Brian Riggs, | |
| Defendant. | |

The United States of America and Defendant Brian Riggs, by and through undersigned counsel, hereby respectfully submit the following Joint Witness List.

During the trial of this case, these witnesses may be called to testify on behalf of the parties:

1.  Dr. Bruce Anderson, Pima County Office of the Medical Examiner
2.  Tony Lance Begay
3.  Dr. George Behonick, Axis Forensic Toxicology
4.  Sgt. Ronald Bitah, Navajo Nation Police Department
5.  Special Agent Trevor Culbert, FBI
6.  Dr. Lawrence Czarnecki, Coconino County Office of the Medical Examiner

7. Eric Desocio
8. Robin Ellsworth
9. Denise Erickson
10. Michael Garcia, Albuquerque Fire Rescue
11. Officer Rafael Gonzalez, Albuquerque Police Department
12. Matilda Haskan, Navajo Nation Police Department
13. Geraldine Bahe Hernandez
14. Dawn Langston, FBI
15. Tyler LaPrise, Albuquerque Fire Rescue
16. Dr. Dominick Maggio
17. Officer Phillip Meier, Albuquerque Police Department
18. Special Agent Brandon McCollum, FBI
19. Special Agent Jenifer Mulhollen, FBI
20. Shannon Prince, Physical Scientist FBI
21. Michael Putelli, Albuquerque Fire Rescue
22. Officer Amanda Riechers, Albuquerque Police Department
23. Michelle Riggs
24. Officer Cody Robinson, Albuquerque Police Department
25. Ian Ross, Former Albuquerque Police Officer
26. Stephen Rolando, Retired Forensic Scientist, FBI
27. Victoria Saiz, Albuquerque Fire Rescue
28. Daniel Sarich
29. Dean Wikstrom
30. Terry Yazzie
31. Custodian of Records, CoreCivic

RESPECTFULLY SUBMITTED this 11th day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/ *Michael B. Bernays*
MICHAEL B. BERNAYS
Attorney for Defendant

s/ *Tracy Van Buskirk*
TRACY VAN BUSKIRK
BRIAN KASPRZYK
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Michael Bernays, *Attorney for Defendant*.