GARY M. RESTAINO
United States Attorney
District of Arizona

TRACY VAN BUSKIRK
Arizona State Bar No. 022097
BRIAN E. KASPRZYK
Pennsylvania State Bar 082701
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Ste. 1800
Phoenix, Arizona 85004 4408
Telephone (602) 514 7500
Email: tracy.van.buskirk@usdoj.gov
Email: brian.kasprzyk@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-08091-PCT-MTL |
| Plaintiff, | |
| vs. | **UNITED STATES' SENTENCING RECOMMENDATION** |
| Brian Riggs, | |
| Defendant. | |

Defendant Brian Riggs is before this Court to be sentenced for the brutal murder of his boyfriend, G.M. This Court presided over the trial and is intimately familiar with the facts and circumstances surrounding the crime, in addition to Defendant's history of domestic violence assaults against the victim.

The United States concurs with the Sentencing Guidelines calculation set forth in the Presentence Investigation Report (PSR) of a total offense level 38 and criminal history category III, which results in a guidelines range of 292–365 months' imprisonment and five years' supervised release. The United States disagrees, however, with the Probation Officer's recommended sentence of 292 months' imprisonment because a greater sentence

is necessary to achieve the statutory goals of sentencing. The United States recommends a sentence at the high-end of guidelines range of 365 months' imprisonment.

## DISCUSSION

The evidence at trial showed that during the evening of February 15, 2019, to the morning of February 16, 2019, Defendant killed G.M. while they were home alone on the Navajo Nation Indian Reservation. First responders testified about finding the victim's battered body in the bathtub. They testified that the victim appeared to have been dead for some time. In an adjacent bedroom, witnesses saw a large blood stain on the carpet. Defendant told police the victim had repeatedly fallen the previous evening. Defendant also claimed that he and G.M. had an argument but denied that things got physical. The evidence, however, told a different story. In addition to the extensive injuries on the victim's body, there were pieces of broken pottery scattered throughout the house, which indicated a disturbance had taken place.

The medical examiner testified in painstaking detail about the injuries he observed on the victim during the autopsy, which included: two circular depressed skull fractures, abrasions, cuts, bruises, sharp and blunt force injuries all over the victim's body, plus four rib fractures. The medical examiner also noted cuts and abrasions to the victim's genitalia.

After the autopsy, Dr. Anderson, a forensic anthropologist, examined a portion of the victim's skull that contained the two fractures. He testified that the area of the fractures was "crushed" bone. In other words, the blows to G.M.'s head crushed the outer table of the skull pushing into the spongy center and all the way to the inner table of the skull. Based on his examination, Dr. Anderson opined that the skull fractures were caused by an object striking G.M.'s head, not G.M.'s head being pushed into something or falling onto something. Dr. Anderson further explained that the object likely struck G.M.'s head twice in rapid succession because once someone is hit in the head, he would expect them to move their head. Since the two fractures were so close together, Dr. Anderson believed G.M. did not have time to move his head to avoid the second blow.

At trial, Defendant testified he and the victim were at home alone, but he did not know how the victim sustained his injuries. He simply woke up in the morning and found

G.M. in terrible condition. Defendant admitted that he thought G.M. was dead by the time he called 911. Yet, on February 16, 2019, when first responders arrived, Defendant pretended as if the victim might still be breathing. Defendant's testimony defied common sense and did not comport with the evidence.

Beyond Defendant's assaultive conduct towards G.M. and others (PSR ¶¶ 33, 40), he also has a long history of driving under the influence of alcohol that extends back to 1994. He is no stranger to the criminal justice system.

## CONCLUSION

The United States respectfully recommends the Court sentence Defendant to a term of 365 months' imprisonment for his vicious attack on G.M. This sentence is necessary to reflect the seriousness of the offense, protect the public and provide just punishment.

Respectfully submitted this 23rd day of March, 2023.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
>  *s/ Tracy Van Buskirk*
> TRACY VAN BUSKIRK
> BRIAN E. KASPRZYK
> Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing. I hereby certify that on this same date, I served the attached document by electronic mail, on the following, who may or may not be registered participants of the CM/ECF System: Michael Bernays and Keilembo Ellison, *Attorneys for Defendant.*