MICHAEL B. BERNAYS
State Bar No. #007057
801 N 1st Avenue
Phoenix, Arizona  85003
Phone: 602-254-5544, Ext. 103
Fax:      602-254-9263
E-mail: mbernays@jennagroup.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR 19-08091-PCT-MTL |
| Plaintiff, | |
| v | **NOTICE OF APPEAL** |
| Brian Riggs, | |
| Defendant. | |

Notice is hereby given that Defendant Brian Riggs, appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment and Sentencing entered on March 28, 2023.

RESPECTFULLY SUBMITTED this 31st day of March, 2023.

    s/ Michael B. Bernays
Michael B. Bernays
Attorney for Defendant

Copy of the foregoing sent Via EFC
31st day of March, 2023, to:

Keilembo Ellison
Co-counsel for defendant

Tracy Van Buskirk, AUSA
and
Brian Kasprzyk, AUSA

By:    s/ Michael B. Bernays

\*\Notice of Appeal.wpd